AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington



In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   MJ25-161-2
Business operating at 928 Thomas Road, )
Bellingham, WA 98226 et al. )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-2, incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 7, 2025___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any U.S. Magistrate Judge in this District___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   at 03/25/25, 10:15 AM                    _____
                                                                              *Judge's signature*

City and state:   Seattle, Washington              Brian A. Tsuchida, United States Magistrate Judge
                                                            *Printed name and title*

USAO# 2025R00399

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: MJ25-161-2 | Date and time warrant executed: 04/02/25 @ 0715 hours | Copy of warrant and inventory left with: Left with owner at Mt. Baker Roofing |
|---|---|---|

Inventory made in the presence of:
HSI SA ▮

Inventory of the property taken and name of any person(s) seized:

HSI arrested the following 37 individuals during the execution of this warrant:

1. ARROYO-VILCHEZ, Jorge
2. AYALA-GONZALEZ, Heriberto
3. CISNEROS-PALOMINO, Marco
4. FUERTE-NUNEZ, Hugo
5. GOMEZ-CRUZ, Ezequiel
6. GONZALEZ-FELICIANO, Santos
7. GONZALEZ-ROSAS, Diego
8. GUTIERREZ-GUTIERREZ, Frank
9. HURTADO-CANCINO, Iran
10. JUAREZ-GALINDO, Alejandro
11. JUAREZ-JUAREZ, Eduardo
12. JUAREZ-ORTIZ, Joaquin
13. LOPEZ-CRUZ, Alberino
14. LOPEZ-GONZALEZ, Victor
15. LOPEZ-MELGOZA, Juan
16. MANCIA-RAMIREZ, Elder
17. MATEO Jose Manuel
18. MARILES-VALENCIA, Omar
19. MARTINEZ-GONZALEZ, Angel
20. MARTINEZ-ORTELA, Luis
21. MARTINEZ-ORTELA, Rogelio
22. MEJIA-AJTUM, Alvaro
23. MORALES-ORTIZ, Cristobal
24. MORELOS-CUEVAS, Jesus
25. NUNEZ-HERNANDEZ, David
26. OLMOS-VAZQUEZ, Edgar
27. OLMOS-VAZQUEZ, Jose
28. PALOMINO-REYES, Jose
29. PEREZ-REGALADO, Jose
30. PEREZ-RODRIGUEZ, Jose
31. QUIAHUA-MEDRANO, Gregorio
32. RAYMUNDO, Luis
33. RAYO-ALEMAN, Benigno
34. ROMERO-GONZALEZ, Eduardo
35. SANCHEZ-JUAREZ, Jose
36. SUCHITE-CAMPOS, Fredy
37. VASQUEZ-VENTURA, Joel

Subsequent to arrest, agents searched the 37 listed individuals and took photographs of the contents of their wallets, including identification documents, and any pocket trash found on their person. No personal property was seized was any listed individuals.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 4/21/25 ▮

Date: 04/14/2025

_Executing officer's signature_

▮ HSI Special Agent

_Printed name and title_

USAO# 2025R00399